RECEIVED
SDNY PRO SE OFFICE

2025 AUG 12 PM 2:10

**UNITED STATES DISTRICT COURT**
Southern District of New York

**Michael Thomas Pace,**
Plaintiff, Pro Se

25 cv 6654

v.

**Casey Jordan; Berkshire Hathaway; CarMax Auto Superstores, Inc.; GEICO Insurance; Google LLC; ServCorp; Small Business Administration; Internal Revenue Service; JPMorgan Chase Bank, N.A.; Bank of America; Putnam County Savings Bank; Candlewood Point Homeowners Tax District; Town of New Milford; and other unnamed individuals and entities acting under color of law,**

Defendants.

Case No.: _____

---

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
## WITH REQUEST FOR IMMEDIATE APPOINTMENT OF CONFLICT-FREE COUNSEL

---

**Filed:** August 11, 2025
**Submitted By:**
Michael Thomas Pace
Plaintiff, Pro Se
1 World Trade, Floor 85
New York, NY 10007
Phone: 475-279-4255
Email: michaeltpace169@proton.me

---

# SECTION 1 – EMERGENCY IMPACT & BASIS FOR RELIEF

Plaintiff **Michael Thomas Pace** respectfully submits that immediate intervention by this Court is necessary to prevent irreparable harm to himself and his family, to preserve the status quo, and to secure the ability to obtain conflict-free, independent legal counsel.

Plaintiff alleges an ongoing and coordinated course of conduct, carried out under color of law by law enforcement, attorneys, law groups, medical personnel, and associated actors, with the

objective of depriving Plaintiff and his family of all means of legal defense and placing them at risk of bankruptcy, incarceration, and further harm.

The chain of harm includes:

1. **Deprivation of Legal Counsel** – Hundreds of documented attempts to secure representation obstructed through call/message interference, direct instructions to attorneys not to engage, and sabotage by counsel retained under false pretenses.

2. **Entrapment in Staged Legal and Financial Crises** – Coordinated actions have generated legal disputes and debt obligations, including an SBA interest-only loan structured to induce default, while simultaneously denying Plaintiff the ability to contest them.

3. **Fabrication of Adverse Medical Records** – While in medical custody, Plaintiff was denied access to counsel, falsely labeled "violent" in medical records, and discharged without money or a phone, placing him in immediate danger.

4. **Targeted Endangerment of Family Members** – Plaintiff's son was placed in peril during a crash involving a defective vehicle allegedly directed to Plaintiff via manipulated search algorithms; safety systems failed, and subsequent insurance claim handling was obstructed.

5. **Coordinated Suppression of Investigations** – Legal service memberships were terminated upon Plaintiff's request for investigation; private investigator access denied without attorney involvement, foreclosing independent fact-finding.

6. **Sustained Use of Under-Color-of-Law Authority** – Law enforcement, legal professionals, and medical personnel acted jointly or in sequence, leveraging state-derived authority to deprive Plaintiff of constitutional rights, including the rights to counsel, due process, property, privacy, and security of person.

**Request for Remote Appearance and Electronic Filing:**
Given the urgency of this matter, the ongoing safety concerns, and the documented obstruction to Plaintiff's travel and communication, Plaintiff respectfully requests that the Court authorize appearances by remote means (telephone or videoconference) for all hearings on this motion and related matters. Plaintiff further requests authorization to file and receive documents electronically via the Court's CM/ECF system (PACER) in order to ensure timely participation and access to filings.

**Relief Requested:**
Accordingly, Plaintiff respectfully requests that this Court:

1. **Issue a Temporary Restraining Order and Preliminary Injunction** to halt the ongoing actions described herein and preserve the status quo;

2. **Order the preservation and production of all relevant records and communications** held by law enforcement, legal professionals, medical institutions, and associated actors;

3. **Appoint conflict-free, independent legal counsel** to represent Plaintiff in this matter and related proceedings; and

4. Grant such other and further relief as the Court deems just and proper to prevent irreparable harm.

Respectfully submitted,
**Michael Thomas Pace**
Plaintiff, Pro Se

# SECTION 2 – CONDENSED TRO SUMMARY TABLE

| Emergency Relief Request | Factual & Legal Basis |
|---|---|
| 1. Immediate Protection – Ongoing Entrapment & Attorney Access Deprivation | Repeated interference with efforts to retain counsel, denial of counsel by medical facilities, false labeling as violent. Violates 42 U.S.C. § 1983, constitutional rights to counsel, due process, property, and privacy. |
| 2. CarMax / GEICO Crash Investigation | Google directed Plaintiff to defective CarMax vehicle; airbags failed; GEICO obstructed claim. Preservation of all records sought. |
| 3. Release of Funds – Chase, Bank of America, Putnam | Long-standing accounts frozen without cause, blocking payment of bills and retention of counsel. Violates Fourth Amendment and due process. |
| 4. Suspend SBA & IRS Enforcement | SBA loan structured to induce default; IRS enforcement coordinated to pressure Plaintiff financially. |
| 5. Prohibit Psychiatric Detainment / Remove Flags | False mental health flags used for detention. Violates ADA, Rehabilitation Act, due process. |
| 6. Halt CPHTD & Town of New Milford Actions | Ongoing liens/legal threats coordinated with Casey Jordan obstruct legal defense. |

| 7. Restore ServCorp Access | Denial of office/app access prevents Plaintiff from working and earning income. |
| 8. Compel Google to Restore Accounts | Blocking access to email/data; search manipulation leading to harmful purchases. |
| 9. End Under-Color-of-Law Abuses | Fabricated charges, evidence suppression by actors using state-derived authority. |
| 10. Preserve Evidence from All Named Defendants | Prevent destruction or spoliation of evidence critical to Plaintiff's defense. |

# SECTION 3 – FULL EXPANDED TRO TABLE

*(Insert the 20-item detailed list here if you want the judge to see the full breakdown. I have it ready to paste.)*

# SECTION 4 – ORIGINS OF THE SCHEME

*(Insert the complete historical/contextual actors here if you want them in this printed version.)*

# SECTION 5 – EXHIBITS INDEX

- **Exhibit 1:** Communications evidence showing attorney interference / call reroutes

- **Exhibit 2:** Documentation of account freezes and fund holds (Chase, Bank of America, Putnam)

- **Exhibit 3:** Hospital records – false "violent" label, denial of attorney access

- **Exhibit 4:** CarMax crash photo and claim documentation

- **Exhibit 5:** SBA loan documents

- **Exhibit 6:** Google account lockout evidence

- **Exhibit 7:** ServCorp denial evidence

- **Exhibit 8:** Witness statements

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/12/25 | Michael T. Pace |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Michael | T | Pace |
| First Name | Middle Initial | Last Name |

One World Trade    Floor 85
Street Address

| | | |
|---|---|---|
| New York | N.Y | 10007 |
| County, City | State | Zip Code |

475-279-4255    MichaelTPace169 @
Telephone Number          Email Address (if available)    Proton, mp

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.