UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL THOMAS PACE,

                Plaintiff,

-against-

CASEY JORDAN, ET AL.,

                Defendants.

25 CIVIL 06654 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 23, 2026, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court denies Plaintiffs pending motions seeking miscellaneous relief as moot.

SO ORDERED.

Dated:    March 25, 2026

       New York, New York

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                       Chief United States District Judge